**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MOHAMMED HUSSEIN, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-547 |
| v. | ) | |
| | ) | |
| UPMC MERCY HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 3rd day of February, 2010, in consideration of Plaintiff's Motion for Extension of Time to Complete Discovery and to Reschedule Post Discovery Status Conference, docket entry number 15, and Defendant's Response thereto, docket entry number 16, in the above-captioned matter, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED and the deadlines set forth in the Court's September 20, 2009 Scheduling Order are extended as follows: All fact discovery shall be completed by **May 3, 2010,** and the Post Discovery Status Conference is rescheduled from February 19, 2010 to May 7, 2010 at 8:30 a.m.

BY THE COURT:

s/  Terrence F. McVerry
United States District Court Judge

cc:    John David Newborg, Esquire
       Email: jdnewborg@aol.com

       A. Patricia Diulus-Myers, Esquire
       Email: diulusmp@jacksonlewis.com
       Sunshine R. Fellows, Esquire
       Email: fellows@jacksonlewis.com